IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-1515 (APM) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant Department of Education submit the following Joint Status Report, pursuant to the Court's January 2, 2024 Minute Order.

1. This case stems from Plaintiffs' June 17, 2022 Freedom of Information Act (FOIA) request for records from certain custodians pertaining to critical race theory. Compl. ¶ 5, ECF No. 1.

2. Since the Parties' December 27, 2023 status report, Defendant has produced 328 pages of records. An additional production is planned for March 1, 2024.

3. As previously reported, a number of responsive records involve external equities, which Defendant has consulted. Upon receipt of those responses, Defendant will make a final production.

4. The Parties propose to file a further Joint Status Report in 60 days, that is, on or before April 26, 2024.

5.

3

Dated: February 26, 2024

Respectfully submitted,

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
Jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
    L'SHAUNTEE J. ROBERTSON
    DC Bar # 980248
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-1729
    lshauntee.robertson@usdoj.gov

    *Attorneys for the United States of America*