UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 23-1515 (APM) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant Department of Education submit the following Joint Status Report, pursuant to the Court's June 27, 2024 Minute Order.

1. This case stems from Plaintiffs' June 17, 2022 Freedom of Information Act (FOIA) request for records from certain custodians pertaining to critical race theory. Compl. ¶ 5, ECF No. 1.

2. On June 27, 2024, the Defendant produced its final response to FOIA request 22-02998-F.

3. On August 9, 2024, Plaintiff requested the search parameters used for locating responsive records to FOIA request 22-02998-F. On August 20, 2024, Defendant provided the search parameters used for responding to FOIA request 22-02998-F.

4. The Parties propose to file a further Joint Status Report on or before October 25, 2024.

1

| | |
|---|---|
| Dated: August 27, 2024 | Respectfully submitted, |

/s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: */s/ L'Shaunteé J. Robertson*
    L'SHAUNTEE J. ROBERTSON
    DC Bar # 980248
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-1729
    lshauntee.robertson@usdoj.gov

*Attorneys for the United States*