UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 23-1515 (APM) |

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant Department of Education submit the following Joint Status Report, pursuant to the Court's June 27, 2024 Minute Order.

1. This case stems from Plaintiffs' June 17, 2022 Freedom of Information Act (FOIA) request for records from certain custodians pertaining to critical race theory. Compl. ¶ 5, ECF No. 1.

2. As previously reported, Defendant produced its final response to Plaintiff's request on June 27, 2024. Plaintiff has determined that the only issue remaining in this matter is the issue of attorney's fees and costs. The parties believe they will be able to reach an agreement on the matter so that it may be resolved amicably.

3. The Parties propose to file a further Joint Status Report on or before February 27, 2025.

*   *   *

Dated: December 27, 2024

Respectfully submitted,

/s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

BY: /s/ L'Shaunteé J. Robertson
 L'SHAUNTEE J. ROBERTSON
 DC Bar # 980248
 Assistant United States Attorney
 601 D Street, N.W.
 Washington, D.C. 20530
 Phone: (202) 252-1729
 lshauntee.robertson@usdoj.gov

*Attorneys for the United States*