UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 23-1515 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's February 28, 2025, Minute Order, Plaintiff, Functional Government Initiative, and Defendant, the U.S. Department of Education, by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") action.

As previously reported, this case stems from Plaintiffs' June 17, 2022 FOIA request for records from certain custodians pertaining to critical race theory. Compl. ¶ 5, ECF No. 1. As also previously reported, the parties have entered discussions regarding settlement of attorney's fees. More specifically, Defendant is in receipt of a fee demand from Plaintiff and is in the process of considering the demand and formulating a response.

\*    \*    \*

The parties therefore propose to file a further Joint Status Report on or before June 24, 2025, to update the Court on their progress.

Dated: April 25, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., DC Bar #481866
United States Attorney

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By: */s/ Diana V. Valdivia*
    DIANA V. VALDIVIA, DC Bar #1006628
    L'SHAUNTEE J. ROBERTSON
      DC Bar #980248
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, DC 20530
    (202) 252-2545; (202) 252-1729

*Attorneys for the United States of America*

2