UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civ. A. No. 23-1515 (SLS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: June 24, 2025

/By Permission/ Jeremiah L. Morgan
JEREMIAH L. MORGAN
D.C. Bar No. 1012943
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5085
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:　　　　/s/ *Dimitar P. Georgiev*
　　DIMITAR P. GEORGIEV, D.C. Bar # 1735756
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 815-8654

*Attorneys for the United States of America*